B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Louisiana | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>**1er LAKE PROPERTIES** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>**CANTERBURY SQUARE** |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>**TO BE PROVIDED BY THE DEBTORS** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>**3127 TRANSCONTINENTAL DR<br>METARIE LA 70006** | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>**3127 TRANSCONTINENTAL DR<br>METARIE LA 70006** |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br><br>*Metairie*          ZIP CODE **70006** | ZIP CODE **70006** |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)<br>**METARIE LOUSIANA** | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7      ☐ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☐ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☑ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>**UNICORPORATED ASSOCIATIO** | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>N/A | Case Number<br>N/A | Date |
|---|---|---|
| Relationship<br>N/A | District<br>N/A | Judge<br>N/A |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2    Name of Debtor __1er LAKE PROPERT[ ]__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x_____  
Signature of Petitioner or Representative (State title)  
ARMANDO PONS   10/5/2011  
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
POBOX 332  
LEWES DE 19958  

302 465 5216

x_____  
Signature of Attorney           Date  

Name of Attorney Firm (If any)  

Address  

Telephone No.

---

x_____  
Signature of Petitioner or Representative (State title)  
ACG GALLERY   10/5/2011  
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
POBOX 740  
REHOBOTH BECH DE 19971

x_____  
Signature of Attorney           Date

Name of Attorney Firm (If any)

Address

Telephone No.

---

x_____  
Signature of Petitioner or Representative (State title)  
PROHEALTH   10/5/2011  
Name of Petitioner           Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:  
48 S MAIN ST  
PEEARL RIVER NY 10965

x_____  
Signature of Attorney           Date

Name of Attorney Firm (If any)

Address

Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| ARMANDO PONS POBOX 332 LEWES DE 19958 | REIMBURMENT | 55,866.00 |
| ACG GALLERY POBOX 740 REHOBOTH DE 19971 | OFFSET INCOME | 256,000.00 |
| PROHEALTH 48 S MAIN ST PR 19965 | INCEPTION MONEY | 156,000.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 467,866.00 |

_____ continuation sheets attached